## THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

SHAN D. PRATHER,                         )
                                         )
                Plaintiff,               )
                                         )
v.                                       )          Case No. CIV-12-1371-R
                                         )
FBI OKLAHOMA CITY,                       )
                                         )
                Defendant.               )

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts.  Doc. No. 6.  No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § § 1915(e)(2) and 1915A(b).

IT IS SO ORDERED this 8th day of February, 2013.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE